UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BLUME ENGINEERING L.L.C., )<br>　　　　Plaintiff, )<br> )<br>-v- )<br> )<br>OURPLANE INC. )<br>　　　　Defendant. )<br>_____) | No. 1:09-cv-522<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Plaintiff Blume Engineering L.L.C.'s motion for summary judgment against the remaining defendant, OurPlane Inc., and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

Plaintiff is awarded, and **IT IS ORDERED** that Defendant shall pay to Plaintiff, relief in the amount of $182,435, plus costs. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**

Date:　July 30, 2012　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge