UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BLUME ENGINEERING L.L.C.,<br>    Plaintiff,<br><br>-v-<br><br>OURPLANE INC.<br>    Defendant.<br>_____ | )<br>)<br>)    No. 1:09-cv-522<br>)<br>)    HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## **JUDGMENT**

Having granted Plaintiff Blume Engineering L.L.C.'s motion for summary judgment against the remaining defendant, OurPlane Inc., and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

Plaintiff is awarded, and **IT IS ORDERED** that Defendant shall pay to Plaintiff, relief in the amount of $182,435, plus costs. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date:  July 30, 2012                                                    /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge